IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMIE J. DECKOFF-JONES,**

      **Plaintiff,**

v.                                No. CV 12-0970 LAM

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**
**Administration,**

      **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND PURSUANT TO SENTENCE FOUR

**THIS MATTER** is before the Court on Defendant's unopposed *Motion to Remand for Further Administrative Proceedings* (*Doc. 11*), filed December 10, 2012.  Upon consideration of the motion, and for good cause shown, the Court finds that the motion is well-taken and should be **GRANTED** and that:

    1.  Judgment should be entered reversing the decision of the Defendant and remanding this case to Michael Astrue, Commissioner of the Social Security Administration, for further administrative action pursuant to sentence four (4) of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) (distinguishing sentence-four and sentence-six remands).

    2.  Upon remand, the Appeals Council will return the case to an administrative law judge who will:  (a) determine whether medical signs or laboratory findings exist to substantiate the existence of a medically determinable impairment; (b) further develop the record and consider Plaintiff's severe impairments, including discussing the medical source opinions and objectie

evidence from the period at issue; and (c) obtain a medical expert, if necessary, regarding the nature and severity of Plaintiff's physical and mental impairments.

**IT IS SO ORDERED**.

_____
**THE HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**

Submitted and approved by: *(Prior to modification by the Court)*:

*Electronically submitted 12/10/12*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 12/7/12*
EDDY PIERRE PIERRE
Attorney for Plaintiff